M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2018 DEC 27  A 10: 52

__James E. Stackhouse__  ~~DEBRA P. HACKETT, CLK~~
Full name and prison name of       U.S. DISTRICT COURT
Plaintiff(s)                       MIDDLE DISTRICT ALA.

v.                                 CIVIL ACTION NO. __2:18-cv-1074-MHT-CSC__
                                   (To be supplied by Clerk of U.S. District
__Covington Co. Jail__              Court)
__Dennis Meeks (Sheriff)__
_____
_____
Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☑ No ☐
   
   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☑
   
   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)
   
   1. Parties to this previous lawsuit:
      
      Plaintiff(s) __Covington Co. Jail, Sheriff, jail ~~nurse~~ James E. Stackhouse__
      
      Defendant(s) __Sheriff Meeks, Annette Cain who was jail nurse.__
   
   2. Court (if federal court, name the district; if state court, name the county)
      
      __Middle U.S. District Court of Alabama__

3. Docket number **refer to Clerk**
4. Name of judge to whom case was assigned **refer to Clerk**
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending ?) **settled**
6. Approximate date of filing lawsuit **refer to Clerk**
7. Approximate date of disposition **refer to Clerk**

II. PLACE OF PRESENT CONFINEMENT **Covington Co. Jail**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Same as above**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Sheriff Dennis Meeks | 290 Hillcrest Dr. Andalusia, AL. 36420 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **Still currently being violated**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **No access to medical treatment from an eye doctor or dentist.**

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Plaintiff has severe dental problems and eye problems but jail says they have no contract with dentists or eye doctors.

GROUND TWO: Plaintiffs medical conditions or worsening without treatment.

SUPPORTING FACTS: Abscessing of the teeth and glaucoma of the eyes are being untreated and conditioning worsening causing excrutiating pain.

GROUND THREE:

SUPPORTING FACTS:

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Force County to provide plaintiff with adequate healthcare or at least give him a pass to get proper medical attention

*James E. Stackhouse*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 8, 2018
(Date)

*James E. Stackhouse*
Signature of plaintiff(s)

JAMES Stackhouse
290 Hillcrest Dr.
Andalusia, AL 36420

MONTGOMERY AL 360

05 DEC 2018 PM 4 L



United States District Court
Middle District of Alabama
Office of the clerk
One Church Street
Montgomery AL 36101-0711

36104-401801