IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES E. STACKHOUSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv1074-MHT |
| | ) | (WO) |
| COVINGTON COUNTY JAIL and | ) | |
| DENNIS MEEKS, Sheriff, | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate in a county jail, filed this lawsuit complaining that the defendants are denying him treatment for glaucoma and abscessed teeth. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against one defendant, the Covington County Jail, be dismissed because it is not a proper defendant, and that the remainder of the case be allowed to continue. There are no objections to the recommendation. After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 31st day of January, 2019.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**