**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
JAMES E. STACKHOUSE,            )
                                )
     Plaintiff,                 )
                                )       CIVIL ACTION NO.
     v.                         )         2:18cv1074-MHT
                                )             (WO)
COVINGTON COUNTY JAIL and       )
DENNIS MEEKS, Sheriff,          )
                                )
     Defendants.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) Defendant Covington County Jail is dismissed from this lawsuit and terminated as a party. All claims against defendant Dennis Meeks remain pending.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed, and is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 31st of January, 2019.

        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE