IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES E. STACKHOUSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:18-CV-1074-ALB |
| | ) |
| DENNIS MEEKS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On June 12, 2019, the Magistrate Judge entered a Recommendation (Doc. 18) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED;

2. The defendant's motion to dismiss is GRANTED to the extent the defendant seeks dismissal of this case due to the plaintiff's failure to properly exhaust an administrative remedy available to him during his confinement at the Covington County Jail prior to initiating this cause of action.

3. This case is dismissed with prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a) for the plaintiff's failure to properly exhaust an administrative remedy on his claim for relief within the time required by the grievance procedure available to him at the Covington County Jail.

4. No costs are taxed herein.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this 15th day of July 2019.

                                                /s/ Andrew L. Brasher
                                    ANDREW L. BRASHER
                                    UNITED STATES DISTRICT JUDGE